PROB 12C
(7/93)

Report Date: September 19, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 19 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Larry Lee Lucious          Case Number: 0980 2:10CR00095-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 17, 2011

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Cocaine Base, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison 36 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: July 2, 2013 |
| Defense Attorney: | Kailey E. Moran | Date Supervision Expires: July 1, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The offender shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On September 18, 2013, the undersigned officer conducted an unannounced home visit at 2409 West College, Spokane, Washington. Contact was established with Davie Tittman, the offender's female friend. When questioned about the offender's living arrangements, she advised he had not resided at her residence for several weeks and the offender's whereabouts was unknown. She went on to explain the offender stops by occasionally and checks on her. He also receives his mail and maintains a few items of clothing at this location. Ms. Tittman also confirmed that her adult son, who is under Washington State Department of Corrections' (DOC) supervision, is now residing with her at this residence. In fact, her son returned to the residence during the home visit. He also verified his status with DOC.<br><br>Larry Lucious never reported the change of address to the undersigned officer. His whereabouts are unknown at this time. |

Prob12C
Re: Lucious, Larry Lee
September 19, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/19/2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/19/13
Date